UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

CRIMINAL NO. 04-80745

HON. JULIAN ABELE COOK, JR.

v.

NATHAN PAYNE,

         Defendant.

_____/

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered indictment against Nathan Payne.  Accordingly, IT IS HEREBY ORDERED that the indictment against that defendant be dismissed, and that defendant's appearance bond, if any, be cancelled.

                                            s/ JULIAN ABELE COOK, JR.
                                            United States District Judge

Entered: January 10, 2005